**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:26-cv-60659-LEIBOWITZ**

**MIGUEL ALEJANDRO MORENO ORTA**,
　　　　*Petitioner*,

*v.*

**WARDEN OF BROWARD**
**TRANSITIONAL CTR.**,
　　　　*Respondent.*

_____/

## ORDER

**THIS CAUSE** comes before the Court on the Government's Response to the Court's Order to Show Cause [ECF No. 6].  In its Response, the Government has not shown why this case is distinguishable from other cases in which bond hearings have been granted.  Accordingly, upon due consideration it is hereby **ORDERED AND ADJUDGED** as follows:

1. Respondent shall provide Petitioner an individualized bond hearing, consistent with 8 U.S.C. § 1226(a) within fourteen (14) days of the entry of this Order, or otherwise release Petitioner.  Counsel for Petitioner must be afforded a meaningful opportunity to prepare for and attend the bond hearing.  No less than 72 hours prior to the time the bond hearing is set to commence, Respondent shall notify counsel that a bond hearing has been scheduled, which notice shall include the time, date, and location of the bond hearing and shall apprise counsel of any procedural requirements that must be satisfied in order to appear on behalf of Petitioner at the bond hearing.

2. Respondent shall file a notice with the Court **on or before April 20, 2026**, confirming and detailing compliance with this Order.

3. The *Clerk* is **DIRECTED** to **CLOSE** this case.  All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on April 3, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:        counsel of record

2