UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-cv-60659-LEIBOWITZ

MIGUEL ALEJANDRO MORENO ORTA,

     *Petitioner,*

v.

WARDEN, BROWARD TRANSITIONAL
CENTER,

     *Respondent.*

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon Petitioner's Motion for Attorney's Fees [ECF No. 9] (the "Motion"), filed on May 18, 2026.  Respondent has failed to respond to the Motion in violation of the Southern District of Florida's Local Rules.  Under the Local Rules, "each party opposing a motion shall serve an opposing memorandum of law not later than fourteen (14) days after service of the motion.  Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. FLA. L.R. 7.1(c).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Respondent shall file an opposing memorandum of law to the Motion [ECF No. 65] no later than **June 9, 2026**, *or* **SHOW CAUSE** in writing by that date why the Motion should not be granted by default.  Failure to respond by this date may result in the Motion being granted by default *without further notice*.

**DONE AND ORDERED** in the Southern District of Florida on June 2, 2026.

                                       _____

                                       DAVID S. LEIBOWITZ
                                       UNITED STATES DISTRICT JUDGE

cc:     counsel of record